UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
E.L., et al.,

                    Plaintiffs,

              -against-

NEW YORK CITY DEPARTMENT OF
EDUCATION,

                    Defendant.
-------------------------------------------------------------X

23 Civ. 9763 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated February 20, 2024, required the parties to file a status letter on April 17, 2024, as outlined in Individual Rule III.D.3;

WHEREAS, the parties failed to submit the letter. It is hereby

**ORDERED** that, by **April 24, 2024**, the parties shall file the status letter.

Dated: April 19, 2024
       New York, New York

                                                             LORNA G. SCHOFIELD
                                                   UNITED STATES DISTRICT JUDGE