UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
E.L., et al.,
                              Plaintiffs,

-against-                            23 Civ. 9763 (LGS)

                                         ORDER

NEW YORK CITY DEPARTMENT OF
EDUCATION,
                              Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the parties' joint letter dated April 24, 2024, stated that Defendant withdrew its request to file a motion for consolidation with the matter before Judge Cronan. The parties also stated they intended to resolve the matter before this Court before the August 22, 2024, answer deadline. It is hereby

      **ORDERED** that, by **May 29, 2024**, and every 30 days thereafter, the parties shall file a joint status letter apprising the Court of the progress of negotiations.

Dated: May 21, 2024
       New York, New York

                                                                 LORNA G. SCHOFIELD
                                                UNITED STATES DISTRICT JUDGE