UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
E.L., et al.,

                    Plaintiffs,

-against-

NEW YORK CITY DEPARTMENT OF
EDUCATION,

                    Defendant.
------------------------------------------------------------X

23 Civ. 9763 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated May 21, 2024, required the parties to file a joint status letter every 30 days, beginning on May 29, 2024.

WHEREAS, the parties failed to file a status letter on May 29, 2024.  It is hereby

**ORDERED** that, by **June 4, 2024**, the parties shall file the status letter.

Dated: May 30, 2024
       New York, New York

                                              LORNA G. SCHOFIELD
                                         UNITED STATES DISTRICT JUDGE